JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marta Woodward,<br><br>   Plaintiff,<br><br> v.<br><br>GC Services LP, et al.,<br><br>   Defendant(s).<br>_____ | EDCV 13-01503 JVS (SPx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: October 15, 2013

              _____
                 James V. Selna
               United States District Judge